Thomas Grande Grajeda * V-22200
P.O. Box 75 (D-1-123)
Pelican Bay State Prison
Crescent City, California. 95532



FILED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The United States District Court
For The Northern District of California



Thomas G. Grajeda
  Plaintiff,
    vs.
Robert A. Horel, et. al.
  Defendants.

Case No. CV07-04752 (PJH)
Motion for the Appointment of Counsel Pursuant to 28 U.S.C. § 1915 (E)(1)

1. Plaintiff, Thomas G. Grajeda, hereby respectfully request this court to appoint counsel, to represent him in this case. Pursuant 28 U.S.C. § 1915 (E),(1), for the following reasons in support of this motion.

2. Plaintiff is unable to afford counsel.

3. The legal issues involved in this case are complex.

4. Plaintiff's imprisonment, as a segregation inmate. Plaintiff has extremely limited access to the law library. The issues involved in this case are complex and will require significant research and investigation.

4. A trial in this case will likely involve conflicting testimony, and counsel would be better enable plaintiff to present evidence and cross examine witnesses.

5. Plaintiff has limited knowledge of the law.

6. PLAINTIFF HAS A (GPA) GRADE POINT ADVERAGE READING SCORE OF 4.0, AND NEEDS ASSISTANCE WHENEVER PLAINITIFF APPEARS IN FRONT OF STATE OFFICIALS (SEE ATTACHED SHEET)

7. PLAINTIFF, FIRST COMPLAINT WAS DISMISSED WITH LEAVE TO AMEND DUE TO HIS INABILITY TO UNDERSTAND THE LAW OR THE RIGHTS GUARANTEED TO HIM BY THE CONSTITUTION OF THE UNITED STATES, AND HIS INABILITY TO EXPLAIN THE FACTS OF THE VIOLATION IN A CLEAR MANNER. ONLY AFTER ANOTHER PRISONER ASSISTED HIM IN FILING HIS FIRST AMENDED COMPLAINT DID THE COURT HOLD THE DEFENDANTS TO ANSWER TO THE ALLEGATIONS.

8. PLAINTIFF, HAS MADE REPEATED EFFORTS TO OBTAIN A LAWYER. SOME STILL HAVEN'T RESPONDED TO MY REQUEST FOR ASSISTANCE IN REPRESENTING ME, AND THOSE WHO DID DENIED MY REQUEST (SEE ATTACHED RESPONSES)

9. WHEREFORE, PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL SHOULD BE GRANTED.

10. I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON
APRIL 6TH, 2008

RESPECTFULLY SUBMITTED
*Thomas G. Grajeda*
THOMAS G. GRAJEDA

NAME AND NUMBER: GRAJEDA ~~C-90753~~ V22200    CELL: 4B4R-49L

Inmate GRAJEDA, CDC # ~~C-90753~~ V22200 has a TABE Reading score of 4.0 as determined by CDC TESTING RECORDS.

Cc:  C-File  R&R  Ed File  Inmate  CC-1

*[signature]*
Education Rep. Signature

DATE: February 23, 2004        CALIFORNIA STATE PRISON, CORCORAN

1-15-08

MR. CARRILLO,

MY NAME IS, THOMAS GRANDE GRAJEDA, CDC# V-22200, I AM A STATE PRISONER HERE AT (PBSP) PELICAN BAY STATE PRISON AT CRESCENT CITY, CALIFORNIA.

AT THE PRESENT MOMENT, I FIND MYSELF IN A VERY DIFFICULT SITUATION, AND I AM IN DESPARATE NEED OF LEGAL REPRESENTATION, SINCE I AM A LAYMEN AT LAW. I NEED LEGAL REPRESENTATION IN MY 42 U.S.C§1983 CIVIL SUIT COMPLAINT, THAT HAS BEEN FILED IN THE NORTHERN DISTRICT COURT OF CALIFORNIA AGAINST PELICAN BAY STATE PRISON MEDICAL STAFF FOR MEDICAL MALPRACTICE, NEGLIGENCE AND DELIBERATE INDIFFERENCE IN VIOLATION OF MY EIGHTH AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION.

I AM ENCLOSING A COPY OF MY FIRST AMENDED COMPLAINT SO YOU CAN REVIEW AND SEE THAT I HAVE GOOD GROUNDS AND LEGAL ISSUES. I HAVE ALL MY MEDICAL REPORTS AND 602s INMATE COMPLAINT FORMS TO SUPPORT MY CLAIMS.

IF YOU WISH TO REPRESENT ME ON A CONTINGENCY FEE AGREEMENT, PLEASE CONTACT ME RIGHT AWAY. THANK YOU FOR YOU TIME. IF YOU DO NOT WISH TO REPRESENT ME, CAN YOU PLEASE RETURN MY LEGAL DOCUMENTS BACK TO ME. THANK YOU.

RESPECFULLY
*Thomas G. Grajeda*
THOMAS G. GRAJEDA

MR. RIEBLI;                                                                JAN 21ST 2008

    MY NAME IS, THOMAS GRANDE GRAJEDA, CDC# V-22200, I AM A STATE PRISONER HERE AT (PBSP) PELICAN BAY STATE PRISON AT CRESCENT CITY, CALIFORNIA.

    AT THE PRESENT MOMENT, I FIND MYSELF IN A VERY DIFFICULT SITUATION, AND I AM IN DESPARATE NEED OF LEGAL REPRESENTATION, SINCE I AM A LAYMEN AT LAW. I NEED LEGAL REPRESENTATION IN MY 42 U.S.C.§1983 CIVIL SUIT COMPLAINT, THAT HAS BEEN FILED IN THE NORTHERN DISTRICT COURT OF CALIFORNIA AGAINST PELICAN BAY STATE PRISON MEDICAL STAFF FOR MEDICAL MALPRACTICE, NEGLIGENCE AND DELIBERATE INDIFFENCE IN VIOLATION OF MY EIGHTH AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION.

    I AM ENCLOSING A COPY OF MY FIRST AMENDED COMPLAINT SO YOU CAN REVIEW AND SEE THAT I HAVE GOOD GROUNDS AND LEGAL ISSUES. I HAVE ALL MY MEDICAL REPORTS AND 602s INMATE COMPLAINT FORMS TO SUPPORT MY CLAIMS.

    IF YOU WISH TO REPRESENT ME ON A CONTINGENCY FEE AGREEMENT, PLEASE CONTACT ME RIGHT AWAY. THANK YOU FOR YOU TIME. IF YOU DO NOT WISH TO REPRESENT ME, CAN YOU PLEASE RETURN MY LEGAL DOCUMENTS BACK TO ME. THANK YOU.

                                          RESPECFULLY
                                          *Thomas G. Grajeda*
                                          THOMAS G. GRAJEDA

# FARELLA BRAUN + MARTEL LLP
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

KELLY A. WOODRUFF

February 4, 2008

## CONFIDENTIAL LEGAL MAIL

Thomas G. Grajeda
V-22200 (D-1-123)
P.O. Box 7500
Crescent City, CA 95532

Re:  Request for Pro Bono Representation

Dear Mr. Grajeda:

Receipt of your letter dated January 21, 2008, requesting representation is acknowledged as having been received by our office. I regret that I must decline your request for legal assistance due to the commitments of this firm's law practice at the present time. I am returning herewith your aforesaid letter.

Thank you for your inquiry. I wish you well and trust you are successful in obtaining the legal representation you seek.

Sincerely,

*Kelly A. Woodruff*

Kelly A. Woodruff

KAW:sv

08034\1259160.2

**CATHERINE CAMPBELL**
Attorney at Law
State Bar #65103
PO Box 4470 • Fresno, CA 93744
Tel: 559-498-8140 • Fax: 559-221-0268

January 22, 2008

Thomas G. Grajeda, V22200
PO Box 7500, D-1-123
Crescent City, CA 95532

Dear Mr. Grajeda,

    I received your letter of January 15, 2008. For several reasons, I am unable to be of assistance to you. The passage of the Prison Litigation Reform Act (PLRA) in 1996, made it extremely difficult to represent prisoners.

    In addition, I am scaling back my work load with the goal of retirement by May of 2009, so I am not accepting any new cases at this time. Please forgive these restrictions on my practice. I am sorry I am unable to assist you.

With my regards,

*C. Campbell*
Catherine Campbell

CC/vt

Enclosure(s):     1

B

2005

| | | |
|---|---|---|
| JAN | | |
| FEB | D-10 — D-1 | C-12 — C-12 |
| MAR | C-12 — C-1 | ~~D~~ D-10 — D-12 |
| APRIL | C-1 — C-12 | D-1 — D-10 |
| MAY | D-1 — 10 | C-1 — C-12 |
| JUN | D-10 — D-1 | C-12 — C-1 |
| JUL | C-12 — C-1 | D-10 — D-1 |
| AUG | C-1 — C-12 | D-1 — D-10 |
| SEPT | D-1 — D-10 | C-1 — C-12 |
| OCT | D-10 — D-1 | C-12 — C-1 |
| NOV | C-12 — C-1 | D-10 — D-1 |
| DEC. | C-1 — C-12 | D-1 — D-10 |

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101a #2105.5, 20 U.S.C. 1746)

I, THOMAS G. GRAJECJA, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 6TH day of APRIL, in the year of 2008, I served the following documents: (set forth the exact title of documents served)

28 USC § 1915 (E)(1) MOTION FOR THE APPOINTMEN OF COUNSEL

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

THE UNITED STATES
DISTRICT COURT

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6TH day of APRIL, 2008.

Signed: Thomas G. Grajeda
(Declarant Signature)

Rev. 12/06

NAME: THOMAS G. GRATELLA
CDC NO: V-22202 HOUSING: D-1-123
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532


