1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  DANIELLE F. O'BANNON, State Bar No. 207095
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5735
     Fax: (415) 703-5843
8    Email: Danielle.OBannon@doj.ca.gov

9  Attorneys for Defendants Robert A. Horel, Sue E.
   Risenhoover, Michael Sayre, M.D., Maureen McLean
10 and Linda Rowe

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THOMAS GRAJEDA, | C 07-4752 PJH |
|---|---|
| Plaintiff, | **DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| ROBERT A. HOREL, et al., | |
| Defendants. | |

TO THOMAS GRAJEDA, PRO SE:

   PLEASE TAKE NOTICE that Defendants Robert A. Horel, Sue E. Risenhoover, Michael Sayre, M.D., Maureen McLean and Linda Rowe (Defendants), request a ninety-day extension of the Court's May 9, 2008 deadline to file a motion for summary judgment or other dispositive

///

///

Defs.' Ex Parte Req. Extension of Time                                T. Grajeda v. R. Horel, et al.
                                                                                 C 07-4752 PJH

1  motion up to and including August 7, 2008.

3  Dated: April 14, 2008

4  Respectfully submitted,

5  EDMUND G. BROWN JR.
   Attorney General of the State of California

6  DAVID S. CHANEY
   Chief Assistant Attorney General

7  FRANCES T. GRUNDER
   Senior Assistant Attorney General

8  JONATHAN L. WOLFF
9  Supervising Deputy Attorney General

12  /s/ Danielle O'Bannon
    DANIELLE F. O'BANNON
13  Deputy Attorney General
    Attorneys for Defendants
14  Robert A. Horel, Sue E. Risenhoover, Michael Sayre, M.D.,
    Maureen McLean and Linda Rowe

40240571.wpd
SF2008401032

Defs.' Ex Parte Req. Extension of Time                    T. Grajeda v. R. Horel, et al.
                                                                   C 07-4752 PJH

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Thomas Grajeda v. Robert A. Horel, et al.*

No.:  U. S. D. C., N. D., S. F. DIV., C 07-4752 PJH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 15, 2008**, I served the attached

1,     DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION
2.     DECLARATION OF DANIELLE F. O'BANNON IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION
3.     [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Thomas Grande Grajeda, V-22200**
**Pelican Bay State Prison**
**P. O. Box 7500**
**Crescent City, CA 95531**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 15, 2008**, at San Francisco, California.

J. Baker
Declarant

*[Signature]*
Signature

40241669.wpd