EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
DANIELLE F. O'BANNON, State Bar No. 207095
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5735
 Fax: (415) 703-5843
 Email: Danielle.OBannon@doj.ca.gov

Attorneys for Defendants Robert A. Horel, Sue E. Risenhoover, Michael Sayre, M.D., Maureen McLean and Linda Rowe

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS GRAJEDA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. HOREL, et al., <br><br> Defendants. | C 07-4752 PJH <br><br> **DECLARATION OF DANIELLE F. O'BANNON IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

I, Danielle F. O'Bannon, declare as follows:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants Robert A. Horel, Sue E. Risenhoover, Michael Sayre, M.D., Maureen McLean and Linda Rowe (Defendants) in this matter. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' ex parte request for an extension of time to file their summary judgment motion or other dispositive motion.

///

Decl. In Support of Ex Parte Req. for Ext. of Time                    T. Grajeda v. R. Horel, et al.
                                                                                  C 07-4752 PJH

1

2.  On February 25, 2008, this Court issued an Order of Service stating that Plaintiff's claims are sufficient to require a response from Defendants Sayre, Risenhoover, McLean and Horel. The Order instructed Defendants to file a motion for summary judgment or other dispositive motion no later than sixty days from the date of service.

3.  At this time, Defendants are uncertain whether a motion for summary judgment or other dispositive motion is appropriate. Before making that determination, Counsel for Defendants needs additional time to review Plaintiff's complete file; consult with all prison staff that are familiar with Plaintiff's claims, including the Defendants; obtain and review Plaintiff's medical records received from all outside medical facilities; and interview all medical doctors who examined Plaintiff from all outside medical facilities. As a result, Defendants respectfully request a ninety-day extension of time, up to and including August 7, 2008, to file a motion for summary judgment or other dispositive motion.

4.  Plaintiff is currently incarcerated and cannot be easily contacted for an extension of time.

5.  No previous extension of time has been sought regarding the filing of Defendants' motion for summary judgment of other dispositive motion.

6.  This request is not made for the purpose of harassment or undue delay or for any improper reason.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed April __, 2008, at San Francisco, California.

Danielle F. O'Bannon
Deputy Attorney General

Decl. In Support of Ex Parte Req. for Ext. of Time

T. Grajeda v. R. Horel, et al.
C 07-4752 PJH