**FILED**

JUN 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 11TH, 2008

E-filing

Dear Mr. R. Wieking;

I am writing you to request (4) four blank subpoenas so I can ask the court to serve non-party witness in my pending case that I filed in the Northern District Court of California

RE: Grajeda vs Horel, et.al., Case No. C07-4752 (PJH)

Your assistance in sending the (4) four blank subpoenas will be highly appreciated.

Sincerely

*Thomas Grajeda*
Thomas G. Grajeda

THOMAS G. GRAJEDA #V-22200
PELICAN BAY STATE PRISON
P.O. BOX 7500 (D-1-123)
CRESCENT CITY, CALIFORNIA
95532

CONFIDENTIAL
LEGAL MAIL

6-11-08



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA
94102

9410230061 0004