THOMAS G. GRAJEDA (K-66044)
PELICAN BAY STATE PRISON
P.O. BOX 7500 (D-1-123)
CRESCENT CITY, CA. 95532

JUNE 25TH 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102

RECEIVED
08 JUN 30 PM 1:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing  FILED
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: GRAJEDA vs. HOREL et, al., CASE NO. C07-4752 (PJH)

MR. WIEKING

I am writing you in regards concerning my motion request for appointment of counsel, that I filed to the Northern District Court on April 7th 2008. The reason, I am writing you Mr. Wiekings, is because I want to know if your office received the motion that I filed. Prison officials here at Pelican Bay State Prison (I.G.I) have been known to open and with hold prisoners legal mail, without notifying them. If you did receive the motion, could you please let me know, so I wont have to file another motion. Thank you!

Sincerely
Thomas G. Grajeda
THOMAS G. GRAJEDA

PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, THOMAS G. GRAJEDA, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 25TH day of JUNE, in the year of 2008, I served the following documents: (set forth the exact title of documents served)

A LETTER TO MR. WIEKING CONCERNING MY MOTION FOR REQUEST FOR APPOINTMENT OF COUNSEL, THAT WAS FILED ON APRIL 7TH 2008.

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

MR. R. W. WIEKING, CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25TH day of JUNE, 2008.

Signed: Thomas H. Grajeda
(Declarant Signature)

Rev. 12/06



Thomas G. Grajeda #V-22260
Pelican Bay State Prison (D-1-123)
P.O. Box 7500
Crescent City, Ca. 95532

Confidential Mail

6-25-08

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California.
94102

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-1

C/o B. Morad
06/25/08

RECEIVED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

© USPS 2008

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.