1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  DANIELLE F. O'BANNON, State Bar No. 207095
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5735
     Fax: (415) 703-5843
8    Email: Danielle.OBannon@doj.ca.gov

9  Attorneys for Defendants McLean, Sayre, Rowe, Horel
10 and Risenhoover

11

12                IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15 | THOMAS GRAJEDA,                          C 07-4752 PJH

16 |                          Plaintiff,      **DECLARATION OF C.
                                              WILBER IN SUPPORT OF**
17 |       v.                                 **DEFENDANTS' MOTION TO
                                              DISMISS**
18 | ROBERT A. HOREL, et al.,

19 |                          Defendants.

20

21 I, C. Wilber, declare as follows:

22     1.    I am an Appeals Coordinator at Pelican Bay State Prison in Crescent City, California.

23 As the Appeals Coordinator, my responsibilities include receiving, screening, logging, routing,

24 and assigning appeals that are submitted by inmates. My duties also include monitoring the

25 dispositions of these inmate appeals. I am competent to testify to the matters set forth in this

26 declaration, and if called upon to do so, would and could so testify. I submit this declaration in

27 support of Defendants' motion to dismiss.

28     2.    In accordance with Title 15 of the California Code of Regulations, section 3084.6, an

Decl. C. Wilber Supp. Defs.' Mot. Dismiss                    T. Grajeda v. R. Horel, et al.
                                                             C 07-4752 PJH

1    inmate must submit an inmate appeal within 15 working days of the event or the decision being

2    appealed, or of receiving an unacceptable lower level appeal decision.  An appeal may be

3    rejected if the time limits for submitting are exceeded. Cal. Code Regs. tit. 15, § 3084.3(c)(6).

4    There are four levels of review: (1) informal resolution, (2) first formal level of review, (3)

5    second formal level review by the institutional head or designee, (4) and third formal level

6    review by a designated representative of the director under supervision of the chief, inmate

7    appeals. *See* Cal. Code Regs. tit. 15, § 3084.5.

8        3.    All the formal appeals submitted by inmates at Pelican Bay and accepted for review at

9    the First and Second Level of Review at the institution are tracked in a computerized system.  It

10   contains the following information: the name and number of the inmate submitting the appeal,

11   the log number of the appeal, date received, appeal issue, level of review, date completed at each

12   level of review, and decision reached.

13       4.    At the request of the Attorney General's Office, a computerized search of the

14   institutional appeals database was conducted for inmate appeals submitted by inmate Thomas G.

15   Grajeda, CDCR No. V-22200, which were reviewed at Pelican Bay at the First and Second Level

16   of Review.

17       5.    Attached as Exhibit A is a true and correct copy of the computer print-out of the results

18   of that search.

19       6.    The record indicates that inmate Grajeda submitted twenty-one inmate appeals at

20   Pelican Bay between August of 2006 and January 11, 2008.  Only five of the inmate appeals are

21   related to inmate Grajeda's medical care and medical appliances.  These appeals are:

22       a.    Appeal Log No. PBSP 06-00709, claiming that his referral to see a neurologist

23   had been denied.  Plaintiff requested to see a neurologist within fifteen days, be referred to the

24   chronic pain management review board, be provided meaningful treatment, and to be paid money

25   damages for medical malpractice and deliberate indifference in the amount of $10,000.

26   Plaintiff's appeal was partially granted at the first formal level of review on May 14, 2006, and

27   was partially granted at the second formal level of review on June 29, 2006.  Attached as Exhibit

28   B is a true and correct copy of Inmate Appeal No. PBSP-06-00709 and related documents.

Decl. C. Wilber Supp. Defs.' Mot. Dismiss                              T. Grajeda v. R. Horel, et al.
                                                                                C 07-4752 PJH

2

1          b.    Appeal Log No. PBSP 06-1027, claiming that Defendant Risenhoover provided

2    him with psychiatric medication for his chronic pain and that its use in the facility was to control

3    behavior.  Plaintiff requested that he be given meaningful treatment for his chronic pain, that he

4    be given a copy of all medication listed that has been given to him since his arrival, and that he

5    see a doctor not a registered nurse.  Plaintiff's inmate appeal was partially granted at the first

6    formal level of review on June 26, 2006, and partially granted at the second level review on

7    August 1, 2006.  Attached as Exhibit C is a true and correct copy of Inmate Appeal No. PBSP

8    06-1027 and related documents.

9          c.    Appeal Log No. PBSP-06-01925, requesting that he receive wool caps.  Plaintiff's

10   appeal was denied at the first formal level on September 27, 2006, and partially granted at the

11   second formal level on October 30, 2006.  Attached as Exhibit D is a true and correct copy of

12   Inmate Appeal No. PBSP-07-01925 and related documents.

13         d.    Appeal Log No. PBSP 06-02193, claiming that when he saw Defendant

14   Risenhoover on August 21, 2006 to obtain the results of his colonoscopy, he informed Defendant

15   Risenhoover that he was still suffering pain in his lower back, hip, and right knee and also had

16   migraines.  He requested that he receive his cane and knee brace back.  Plaintiff's appeal was

17   partially granted on October 16, 2006, and his appeal was denied on November 29, 2006.

18   Attached as Exhibit E is a true and correct copy of Inmate Appeal No. PBSP 06-02193 and

19   related documents.

20         e.    Appeal Log No. PBSP 06-2546, claiming that when he was seen by Defendant

21   Risenhoover on September 22, 2006 to discuss the infection in his intestine and bacteria in his

22   stool, she rolled her eyes in a mocking manner when he attempted to explain his other unrelated

23   medical symptoms which included headache, dizziness, blurred vision, and chronic pain in his

24   lower back, right hip, and right knee.  Plaintiff requested that he be given an explanation in

25   writing why Defendant Sayre was denying medical treatment, that he see a doctor or someone

26   else other than Defendant Risenhoover, and money damages.  Plaintiff's appeal was partially

27   granted at the informal level on September 26, 2006, denied at the first formal level on

28   November 20, 2006, and denied at the second formal level on January 23, 2007.  Attached as

Decl. C. Wilber Supp. Defs.' Mot. Dismiss                                    T. Grajeda v. R. Horel, et al.
                                                                                        C 07-4752 PJH

1 | November 20, 2006, and denied at the second formal level on January 23, 2007. Attached as

2 | Exhibit F is a true and correct copy of Inmate Appeal No. PBSP 07-00291 and

3 | related documents.

4 |     7.  Inmate Grajeda did not submit any inmate appeals against Defendant Horel or

5 | Defendant McLean related to the issue of their failure to supervise medical staff.

6 |     8.  Inmate Grajeda did not submit an inmate grievance regarding Defendant McLean's

7 | denial of his inmate appeals.

8 |     9.  Inmate Grajeda did not submit an inmate grievance regarding Defendant Rowe's

9 | failure to treat his anemia.

10 |     10.  Inmate Grajeda did not submit an inmate appeal regarding Defendant Sayre's failure to

11 | examine him on August 30, 2006 during an investigation of an inmate appeal.

12 |     I declare under penalty of perjury that the forgoing is true and correct. Executed on July 29

13 | , 2008, at Crescent City, California.

C. Wilber, Inmate Appeals Coordinator

Decl. C. Wilber Supp. Defs.' Mot. Dismiss    T. Grajeda v. R. Horel, et al.    C 07-4752 PJH

4