# EXHIBIT A

Pelican Bay State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

04/14/2008

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| V22200 | GRAJEDA, T | MEDICAL | MEDICAL | PBSP-C-04-02756 | |
| Informal Review: Received: 10/19/2004 | | Due: 11/02/2004 | Completed: 10/19/2004 | Disposition: GRANTED IN PART | |
| Level I Review: Received: 10/22/2004 | | Due: 12/08/2004 | Completed: 12/08/2004 | Disposition: GRANTED IN PART | |
| V22200 | GRAJEDA, T | MEDICAL | MEDICAL | PBSP-C- | |
| V22200 | GRAJEDA, T | MEDICAL | MEDICAL | PBSP-C-05-00067 | |
| Informal Review: Received: 12/30/2004 | | Due: 01/13/2005 | Completed: 12/31/2004 | Disposition: GRANTED IN PART | |
| Level I Review: Received: 01/07/2005 | | Due: 02/22/2005 | Completed: 02/22/2005 | Disposition: GRANTED IN PART | |
| V22200 | GRAJEDA, T | C-SHU 1 | CASE INFO./RECORDS | PBSP-C-05-02150 | |
| Level II Review: Received: 08/16/2005 | | Due: 09/28/2005 | Completed: 10/12/2005 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 05/11/2006 | Disposition: DENIED | |
| V22200 | GRAJEDA, T | D-SHU 1 | MEDICAL | PBSP-D-06-00709 | |
| Informal Review: Received: 03/27/2006 | | Due: 03/27/2006 | Completed: 03/27/2006 | Disposition: GRANTED IN PART | |
| Level I Review: Received: 04/04/2006 | | Due: 05/16/2006 | Completed: 05/16/2006 | Disposition: GRANTED IN PART | |
| Level II Review: Received: 06/01/2006 | | Due: 06/29/2006 | Completed: 07/03/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 10/11/2006 | Disposition: DENIED | |
| V22200 | GRAJEDA, T | D-SHU 1 | MAIL | PBSP-D-06-00738 | |
| Informal Review: Received: 04/04/2006 | | Due: 04/04/2006 | Completed: 04/04/2006 | Disposition: DENIED | |
| Level I Review: Received: 04/07/2006 | | Due: 05/19/2006 | Completed: 05/10/2006 | Disposition: WITHDRAWN | |
| V22200 | GRAJEDA, T | A-BLD 2 | MEDICAL | PBSP-A-06-01027 | |
| Informal Review: Received: 05/05/2006 | | Due: 05/05/2006 | Completed: 05/05/2006 | Disposition: DENIED | |
| Level I Review: Received: 05/11/2006 | | Due: 06/23/2006 | Completed: 06/27/2006 | Disposition: GRANTED IN PART | |
| Level II Review: Received: 07/05/2006 | | Due: 08/02/2006 | Completed: 08/03/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 11/06/2006 | Disposition: DENIED | |
| V22200 | GRAJEDA, T | D-SHU 1 | MAIL | PBSP-D- | |

Page: 1

Pelican Bay State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

Appeal Listing

04/14/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| V22200 | GRAJEDA, T | D-SHU 1 | MEDICAL | PBSP-D- | |
| V22200 | GRAJEDA, T | D-SHU 1 | MAIL | PBSP-D-01555 | |
| Level II Review: Received: 07/05/2006 | | | Due: 08/16/2006 | Completed: 08/21/2006 | Disposition: DENIED |
| V22200 | GRAJEDA, T | D-SHU 1 | MAIL | PBSP-D-01688 | |
| Level III Review: Received: 07/21/2006 | | | Due: 09/01/2006 | Completed: 11/28/2006 | Disposition: DENIED |
| V22200 | GRAJEDA, T | D-SHU 1 | MEDICAL | PBSP-D-01815 | |
| Informal Review: Received: 07/25/2006 | | | Due: 08/08/2006 | Completed: 07/25/2006 | Disposition: DENIED |
| V22200 | GRAJEDA, T | D-SHU 1 | MEDICAL | PBSP-D-01925 | |
| Level I Review: Received: 08/01/2006 | | | Due: 09/13/2006 | Completed: 09/20/2006 | Disposition: WITHDRAWN |
| Level I Review: Received: 08/11/2006 | | | Due: 09/25/2006 | Completed: 10/02/2006 | Disposition: DENIED |
| Level II Review: Received: 10/10/2006 | | | Due: 11/07/2006 | Completed: 10/31/2006 | Disposition: GRANTED IN PART |
| Level III Review: | | | | Completed: 01/22/2007 | Disposition: DENIED |
| V22200 | GRAJEDA, T | D-SHU 1 | MAIL | PBSP-D-01987 | |
| Informal Review: Received: 08/07/2006 | | | Due: 08/21/2006 | Completed: 08/07/2006 | Disposition: DENIED |
| V22200 | GRAJEDA, T | D-SHU 1 | MAIL | PBSP-D-02069 | |
| Informal Review: Received: 08/16/2006 | | | Due: 08/30/2006 | Completed: 08/16/2006 | Disposition: DENIED |
| Level I Review: Received: 08/16/2006 | | | Due: 09/28/2006 | Completed: 09/25/2006 | Disposition: CANCELLED |
| V22200 | GRAJEDA, T | D-SHU 1 | MAIL | PBSP-D- | |
| Level II Review: Received: 08/24/2006 | | | Due: 10/06/2006 | Completed: 10/17/2006 | Disposition: DENIED |
| V22200 | GRAJEDA, T | D-SHU 1 | MEDICAL | PBSP-D- | |
| Informal Review: Received: 08/21/2006 | | | Due: 09/05/2006 | Completed: 08/21/2006 | Disposition: DENIED |
| V22200 | GRAJEDA, T | D-SHU 1 | MEDICAL | PBSP-D-02193 | |
| Informal Review: Received: 08/28/2006 | | | Due: 09/12/2006 | Completed: 08/29/2006 | Disposition: DENIED |

Page: 2

Pelican Bay State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**
**Appeal Listing**

04/14/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| V22200 | GRAJEDA, T | | | | |
| Level I Review: Received: 09/05/2006 | | D-SHU 1 | Due: 10/18/2006 Completed: 10/17/2006 | Disposition: GRANTED IN PART | PBSP-D-06-02271 |
| Level II Review: Received: 09/13/2006 | | D-SHU 1 | Due: 12/05/2006 Completed: 10/26/2006 | Disposition: DENIED | |
| Level III Review: Received: 11/06/2006 | | D-SHU 1 | Due: 12/07/2006 Completed: 02/07/2007 | Disposition: DENIED | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 11/08/2006 | Disposition: GRANTED IN PART | PBSP-D-06-02439 |
| Level II Review: Received: 09/25/2006 | | D-SHU 1 | Due: 11/07/2006 | | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 12/05/2006 | Disposition: GRANTED IN PART | PBSP-D-06-02546 |
| Level I Review: Received: 10/04/2006 | | D-SHU 1 | Due: 11/17/2006 | MEDICAL | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 09/27/2006 | Disposition: DENIED | PBSP-D-06-03234 |
| Informal Review: Received: 12/21/2006 | | D-SHU 1 | Due: 10/11/2006 | MAIL | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 02/08/2007 | Disposition: DENIED | PBSP-D-07-00223 |
| Level II Review: Received: 01/29/2007 | | D-SHU 1 | Due: 02/06/2007 | MAIL | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 03/20/2007 | Disposition: GRANTED IN PART | PBSP-D-07-00792 |
| Level II Review: Received: | | D-SHU 1 | Due: 03/14/2007 | MAIL | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 04/04/2007 | Disposition: DENIED | PBSP-D-07-02143 |
| Informal Review: Received: 04/04/2007 | | D-SHU 1 | Due: 04/18/2007 | MAIL | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 04/25/2007 | Disposition: GRANTED IN PART | PBSP-D-07-02159 |
| Level I Review: Received: 04/09/2007 | | D-SHU 1 | Due: 05/21/2007 | MAIL | |
| Level II Review: Received: 05/01/2007 | | D-SHU 1 | Due: 05/30/2007 Completed: 05/08/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 08/07/2007 | Disposition: DENIED | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 11/27/2007 | Disposition: GRANTED IN PART | PBSP-D-08-00868 |
| Level II Review: Received: 10/03/2007 | | D-SHU 1 | Due: 11/16/2007 | MAIL | |
| V22200 | GRAJEDA, T | D-SHU 1 | Completed: 11/20/2007 | | |
| Level II Review: Received: 10/04/2007 | | D-SHU 1 | Due: 11/19/2007 | MAIL | |

Pelican Bay State Prison

04/14/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| V22200 | GRAJEDA, T | D-SHU 1 | MAIL | PBSP-D-08-00932 | |

Level II Review: Received: 03/27/2008  Due: 05/08/2008  Completed:  Disposition:
Level II Review: Received: 04/01/2008  Due: 05/13/2008  Completed:  Disposition:

Total: 27