# EXHIBIT D

C-FILE

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:    JAN 2 2 2007

In re:    Grajeda, V-22200
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0606312        Local Log No.: PBSP 06-01925

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I    APPELLANT'S ARGUMENT: It is the appellant's position he was evaluated on August 3, 2006, by Family Nurse Practitioner (FNP) Risenhoover for his health care complaints and renewal of a medical chrono allowing him two wool caps to keep his head warm. The appellant claims these wool caps are necessary due to the maxillary and forehead metal plates in his skull as a result of an automobile accident. The appellant claims FNP will not renew the medical chrono allowing him to possess these caps and is requesting to be evaluated by another clinician.

II    SECOND LEVEL'S DECISION: It is the institution's position the appellant was evaluated in the specialty clinic on August 30, 2006, where Dr. Sayre indicated there was no medical necessity for prescribing wool caps. Dr. Sayre informed the appellant the cap would not cover the metal maxillary and forehead plates due to their location in his skull. The appellant was also informed his skull temperature remains constant due to the rich blood supply of the scalp and the metal plates would not be affected by external temperatures. On October 19, 2006, the appellant's request for woolen caps was discussed in the Medical Authorization Review Committee, who concurred with Dr. Sayre's decision that such intervention was not medically indicated. The appellant was advised it is inappropriate to demand a particular health care provider, as they are assigned by the Chief Medical Officer according to institution need.

III    DIRECTOR'S LEVEL DECISION: Appeal is denied.

A. FINDINGS: Although the appellant may disagree, a FNP is qualified to provide health care treatment. It was determined by FNP Risenhoover the appellant did not require the renewal of a CDC Form 128-C, Medical Chrono allowing him to possess and wear a wool cap. The metal plates over the orbital ridge of the appellant's skull are too low to be covered by a cap; and, would therefore be ineffective. The scalp is nourished with a rich blood supply that maintains a constant temperature not affected by external temperatures. Although the appellant may refuse all health care intervention, it is inappropriate to demand a particular health clinician. These assignments are determined by the CMO according to institutional need. The appellant is advised a FNP is a registered nurse with advanced academic and clinical experience, which enables him or her to diagnose and manage most common and many chronic illnesses, either independently or as part of a health care team. A FNP provides some care previously offered only by physicians and in most states has the ability to prescribe medications. Working in collaboration with a physician, a nurse practitioner provides high-quality, cost-effective and individualized care for the lifespan of patient's special needs. Family nurse practitioners focus largely on health maintenance, disease prevention, counseling and patient education in a wide variety of settings. With a strong emphasis on primary care, nurse practitioners are employed within several specialties, including neonatology, nurse-midwifery, pediatrics, school health, family and adult health, women's health, mental health, home care, geriatrics and acute care. Nurse practitioners are educated through programs that grant either a certificate or a master's degree. Lastly, the scope of an FNP's practice varies depending upon each state's regulations. After review, there is no compelling evidence that substantiates the appellant's need for a wool cap making intervention at the Director's Level of Review unnecessary.

GRAJEDA, V-22200
CASE NO. 0606312
PAGE 2


    B.  BASIS FOR THE DECISION:
California Code of Regulations, Title 15, Section: 3043.5, 3350, 3354

    C.  ORDER: No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, PBSP
        Health Care Manager, PBSP
        Appeals Coordinator, PBSP
        Medical Appeals Analyst, PBSP



SECOND LEVEL APPEAL RESPONSE

RE:    PELICAN BAY STATE PRISON
       Appeal Log: PBSP-D-06-01925
       Inmate: GRAJEDA V22200

Maureen McLean, FNP, Health Care Manager at Pelican Bay State Prison (PBSP) reviewed this matter. Joseph Kravitz, Health Program Coordinator conducted the Appeal at the Second Level of Review on October 30, 2006.

**APPEAL ISSUE:** The following is a summary of your appeal statements and issues. For complete details and exact statements, please see the original CDC 602 Inmate/Parolee Appeal Form. You complain that your primary care provider, S. Risenhoover, FNP, will not renew your chronos for two wool caps. You explain that you need them because your blood iron is low, the metal plates in your head are affected by the cold, and you are in cell that is often cold. You ask (1) to be "given a chrono for two wool caps due to a medical condition, and (2) to be seen by someone else other than S. Risenhoover, FNP, before a conflict starts due to her lack of medical care."

Your appeal with the attachments and your requested action has received careful consideration. C. Worch, A.G.P.A. was assigned as the reviewer of your appeal. M. Sayre, M.D. conducted your interview in the specialty clinic on August 30, 2006. You have had facial reconstruction, due to a motor vehicle accident, and have maxillary and forehead plates just over the orbital ridge. You claim the metal plates are affected by cold weather. After interviewing you, M. Sayre, M.D. noted that he did not see a need to allow you headgear based on the fact you have metal plates, as they are too low to be covered by a cap, the plates are internal and kept at the same temperature as the interior of your skull by the rich blood supply of the scalp, and metal plates in the head are never affected by external temperature. Dr. Sayre also commented that our climate here is very temperate and the external temperature does not vary enough to make the changes you indicate. S. Risenhoover, FNP, is board certified and found qualified and competent to serve as a primary care provider. You may not choose which PCP is assigned to your clinic.

**FINDINGS:** A review of your appeal has been completed. Your appeal with the attachments and your requested action has received careful consideration. I, M. McLean, FNP, Health Care Manager, was assigned to investigate your allegations. Joseph Kravitz, Health Program Coordinator, reviewed your medical file and responses on October 30, 2006. You were provided a consultation with M. Sayre MD, Chief Medical Officer, on August 30, 2006. Additionally, your request for the wool caps was discussed with the Medical Authorization Review Committee (MAR) on October 19, 2006. Both the MAR and the Chief Medical Officer concur that your medical condition does not present the need for you to wear a wool cap to keep your head warm. Your request to be seen by someone other than S. Risenhoover FNP, for this issue was granted as Dr. Sayre saw you for a second opinion. The Chief Medical Officer makes Primary Care provider assignments to specific clinics and you are seen based on your housing assignment.

**DECISION:** The Appeal is partially granted.

Page 2
PBSP-D-06-01925
GRAJEDA V22200

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.


_____  10-30-06        _____  10/30/06
Joseph Kravitz              Date          Maureen McLean, FNP          Date
Health Program Coordinator                Health Care Manager

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

Location: Institution/Parole Region **PBSP**    Log No. **D06-01925**    Category **8-6**

*Wants chrono for wool caps*

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| GRAJEDA T | V-22200 | S.H.U. | D-1-104 |

**A. Describe Problem** ON, 8-3-06, I WAS SEEN BY RISENHOOVER FNP FOR MY MEDICAL COMPLAINTS AND FOR THE RENEWAL OF MY MEDICAL CHRONOS FOR THE (2) TWO WOOL CAPS (THAT I NEED TO KEEP MY HEAD AND RIGHT SIDE OF MY FACE WARM DUE TO THE METALS) AND TO EXPLAIN THAT THE IRON LEVEL IN MY BLOOD WAS NOT CHANGED AND IS STILL VERY LOW WHEN I TRIED TO EXPLAIN TO FNP RISENHOOVER THAT I NEEDED THE CHRONOS RENEWED FOR THE (2) TWO WOOL CAPS BECAUSE THE ONES I HAD WERE TAKEN FROM ME AND I NEED THEM SINCE I AM IN THE LAST CELL

If you need more space, attach one additional sheet.

**B. Action Requested** #1 THAT I BE GIVEN A CHRONO FOR (2) TWO WOOL CAPS DUE TO MEDICAL CONDITION (MEDICAL PLATES) #2. THAT I BE SEEN BY SOMEONE ELSE BESIDE RISENHOOVER FNP BEFORE A CONFLICT STARTS DUE TO HER LACK OF MEDICAL CARE

Inmate/Parolee Signature _Tomas Grajeda_    Date Submitted 8-6-06

**C. INFORMAL LEVEL** (Date Received: 08/07/06 )

Staff Response: PER F.N.P. RISENHOOVER'S NOTES OF YOUR VISIT ON 08/03/06 WHICH STATE: #4. "DISCUSSED W/PT WOOL CAP NOT INDICATED AT THIS TIME, PT. STATES "I WILL TAKE IT UP WITH DR. SAYRE".

— DENIED —

Staff Signature _Flowers RN/ J. FLOWERS_    Date Returned to Inmate 08/07/06

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

DISSATISFIED, APPEAL NEEDS TO BE GRANTED IN FULL "SEE PART (A) AND (B) OF APPEAL"

Signature _Tomas Grajeda_    Date Submitted 8-8-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

1ST/1--    2ND HCM

First Level: ☑ Denied    Due Date:

E. REVIEWER'S ACTION (Complete within 15 working days) Date assigned:

Interviewed by: M. Sayn - MD

See attached typed response

Staff Signature: _____ Title: ASA Med Appl.    Date Completed: 9/27/06
                                                          Returned
Division Head Approved:
Signature: M. C. Layd    Title: CMO    Date to Inmate: 10/3/06

F. If dissatisfied, explain reasons for requesting a Second Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

See medical file for doctors original notes of Dr.
2006 Justify why he authorized my crutches for the use of
my cane and for medical caps. I feel that I am being
singled out because I am housed in a special seclu section

Signature: Tomas Argola    Date Submitted: 10-10-06

Second Level:    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other    Date assigned: 10/10/06    Due Date: 11/7/06

G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned:
☐ See Attached Letter
                                                          Date Completed: 10-30-0
Signature: _____
Warden/Superintendent's signature: _____ H C N    Date Returned to Inmate: 11-6-0

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Date Submitted:

Signature: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other    Date:
☐ See Attached Letter

CDC 602 (12/87)

"ATTACHED SHEET"    8-6-06

(CONTINUED FROM:)

A-DESCRIBE PROBLEM:

AND GO OUT TO THE YARD FIRST, WHICH IS USUALLY COLD OR CHILLY IN THE MORNINGS AND THE BACK WALL GETS COLD LATE AT NIGHT AND EARLY IN THE MORNINGS. RISENHOOVER TOLD ME THAT DR. SAYRE WAS THE ONE WHO DISCONTINUED MY CHRONOS FOR THE WOOL CAPS AND TOLD ME, THAT I DIDN'T NEED THEM. I'VE NOTICED, THAT WHEN I'M DENIED SOME FORM OF MEDICAL TREATMENT, RISENHOOVER FNP. ALWAYS PUTS IT OF ON DR. SAYRE, WHE SHES. THE ONE WHO SEES ME, AND TOLD ME SHE'S AUTHORIZED TO MAKE MEDICAL DECISIONS. ITUST AS SHE TOOK MY CANE AND KNEE BRACE, YET DR. SAYRE AND DR. ROWE ARE THE ONES WHO ALLOWED ME TO HAVE MY CANE AND KNEE BRACE, SINCE MY ARRIVAL IN 2004, UNTIL I WAS MOVED TO D-FACILITY. I'VE NEVER HAD AS MUCH TROUBLE OR PROBLEMS GETTING CHRONOS RENEWED OR DECENT MEDICAL TREATMENT, UNTIL I STARTED SEEING RISENHOOVER. LOOK IN MEDICAL FILE FOR DOCTORS NOTES PROVIDING ITUSTIFICATION FOR WOOL CAPS. THERE HAS BEEN NO CHANGE IN MY MEDICAL CONDITION AND THE CONTINUED AND DAILY USE OF THE WOOL CAPS WILL BE NECESSARY FOR LIFE. THIS ITEM HAS BEEN AUTHORIZED SINCE 2003, AND THERE CANNOT BE ANY ITUSTIFICATION MEDICALLY TO DENY THEM NOW

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

DATE: 7-30-06

TO: "CLINIC"

FROM (LAST NAME): GRAJEDA, T

CDC NUMBER: V-22200

HOUSING: D-1-FAC.

BED NUMBER: 104

WORK ASSIGNMENT:

JOB NUMBER:

ASSIGNMENT HOURS: FROM    TO

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.):

Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

MR. Flowers, I sent you my CHRONO FOR (2) TWO WOOL CAPS FOR
RENEWAL. I Need THE RENEWAL CHRONO FOR THE BEANIES FOR
MY (2) TWO BEANIES WERE TAKEN. I USE ONE WHILE THE OTHER GETS
WASHED. I HAVE METAL PLATES IN MY HEAD AND FACE. IT GETS COLD

DISPOSITION:
I DON'T RENEW ANYTHING NOT WITHIN THE RN'S.
JOB. Flowers RN

DATE: 08/03/06

INTERVIEWED BY:

# FIRST LEVEL SUPPLEMENTAL PAGE
First Level Reviewers Response

**RE:** PELICAN BAY STATE PRISON
Appeal Log #: PBSP-D-06-01925
Inmate Name: GRAJEDA / V22200

**APPEAL DECISION:** DENIED

**APPEAL ISSUE:** The following is a summary of your appeal statements and issues. For complete details and exact statements, please see the original CDC 602 Inmate/Parolee Appeal Form. You complain that your primary care provider, S. Risenhoover, F.N.P., will not renew your chronos for two wool caps. You explain that you need them because your blood iron is low, the metal plates in your head are affected by the cold, and you are in cell that is often cold. You ask (1) to be "given a chrono for two wool caps due to a medical condition, and (2) to be seen by someone else other than S. Risenhoover, FNP, before a conflict starts due to her lack of medical care."

**FINDINGS:** Your appeal with the attachments and your requested action has received careful consideration. I, C. Worch, A.G.P.A. was assigned as the reviewer of your appeal. M. Sayre, M.D. conducted your interview in the specialty clinic on August 30, 2006. You have had facial reconstruction, due to a motor vehicle accident, and have maxillary and forehead plates just over the orbital ridge. You claim the metal plates are affected by cold weather. After interviewing you, M. Sayre, M.D. noted that he did not see a need to allow you headgear based on the fact you have metal plates, as they are too low to be covered by a cap, the plates are internal and kept at the same temperature as the interior of your skull by the rich blood supply of the scalp, and metal plates in the head are never affected by external temperature. He also commented that our climate here is very temperate and the external temperature does not vary enough to make the changes you indicate. S. Risenhoover, F.N.P. has been board certified and found qualified and competent to serve as a primary care provider. You may not choose which PCP is assigned to your clinic.

**DETERMINATION OF ISSUE:** A thorough review of your requests presented in this complaint has been completed. Based on this review, your appeal is denied.


_____     9/23/06
C. Worch, A.G.P.A.              Date
Medical Appeals Analyst


_____     9/28/06
M. Sayre, M.D.                 Date
Chief Medical Officer

AT NIGHT. I AM IN THE LAST CELL AND I USUALLY
YARD IN THE MORNING ON TUE. WED. AND SUN. I WOULD DEEPLY
APPRECIATE IT IF YOU'LL RENEW MY CHRONO. I RECEIVED THE
CHRONO FOR THE KNEE SLEEVE. THANK YOU. I SUBMITTED A SICK
CALL FORM ON 6-25. CONCERNING MY HEADACHES. I STILL HAVEN'T
SEEN THE DOCTOR. YOU TOLD ME THAT IT WOULD TAKE TWO WEEKS.
I SEEN THE DOCTOR FOR MY 30 DAY CHRONIC REVIEW FOR, BUT SHE
DIDN'T WANT TO TALK ABOUT MY HEADACHES, BACK ACHE AND KNEE.