# EXHIBIT  E

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

**C-FILE**

## DIRECTOR'S LEVEL APPEAL DECISION

Date: FEB 0 7 2007

In re: Grajeda, V-22200
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0607310      Local Log No.: PBSP 06-02193

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I   APPELLANT'S ARGUMENT: It is the appellant's position that he is being denied medical treatment by the Pelican Bay State Prison (PBSP) medical staff. The appellant contends that he suffers from severe pain in his lower back, hip, and knee. The appellant asserts that he requires a cane to assist with his mobility. The appellant requests to be issued a cane, and that he be given a computerized tomography scan due to his pain, and that these requests be granted quickly.

II   SECOND LEVEL'S DECISION: The reviewer found that a comprehensive and thorough review of the appellant's appeal was conducted. The First Level of Review (FLR) noted that the appellant's medical appliances were confiscated because the appellant was observed walking without the need of a cane; therefore the request for a cane was denied. The FLR noted that the appellant was prescribed medication for pain. The FLR noted that the appellant's request for a magnetic resonance imaging (MRI) were referred to the Medical Authorization Review Committee (MAR). The FLR noted that the MAR found that issuance of a cane is not medically indicated. The Second Level of Review (SLR) concurred with the findings of the FLR. The SLR noted that the appellant's case factors regarding his requests were presented to the MAR and discussed extensively. The MAR declined the request for a cane or for an MRI. The SLR denied the appeal.

III   DIRECTOR'S LEVEL DECISION: Appeal is denied.

   A.   FINDINGS: The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR. The Director's Level of Review (DLR) finds that the appellant's request for a cane and an MRI has been appropriately evaluated by the MAR. The California Code of Regulations, Title 15, Section (CCR) 3352 allows the MAR Committee to determine if a medical treatment under CCR 3350.1(d) can be approved. In this instance, the MAR elected to deny the appellants requests. The MAR Committee is composed of licensed health care providers employed by the CDCR who have determined the appellants request is not medically necessary. The appellant is not being denied medical treatment for his condition as health care staff has provided him with pain medication. The DLR finds that the appellant's medical concerns are being adequately addressed by the institution and the appellant should discuss any future medical concerns with his primary care physician. CCR 3354 establishes that only qualified medical staff shall be permitted to diagnose illness and prescribe medication and medical treatment for inmates. It is not appropriate for the appellant to self-diagnose his own medical problems and then expect a medical doctor to implement the appellant's recommendation for a course of medical treatment. The appellant's request for a cane and an MRI were appropriately reviewed by licensed physicians and denied. Therefore no relief is provided at the DLR.

   B.   BASIS FOR THE DECISION:
CCR: 3000, 3001, 3350, 3350.1, 3350.2, 3354

   C.   ORDER: No changes or modifications are required by the institution.

GRAJEDA, V-22200
CASE NO, 0607310
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, PBSP
        Health Care Manager, PBSP
        Appeals Coordinator, PBSP
        Medical Appeals Analyst, PBSP

SECOND LEVEL APPEAL RESPONSE

RE:   PELICAN BAY STATE PRISON
      Appeal Log: PBSP-D-06-02193
      Inmate: GRAJEDA V22200

Maureen McLean, FNP, Health Care Manager at Pelican Bay State Prison (PBSP) reviewed this
matter.   Joseph Kravitz, Correctional Counselor II (A), conducted the Appeal at the Second
Level of Review on November 29, 2006.
**APPEAL ISSUE:**   The following is a summary of your appeal statements, and restatement here
does not necessarily constitute agreement that the statements are factual.   For exact statements,
and extensive details, please see the original CDC 602 Inmate/Parolee Appeal Form.

On August 21, 2006, you were seen in the clinic for a follow-up to your EGD and colonoscopy.
You were told at that time that a hernia and polyps had been found; and a biopsy was done on
your stomach, with results pending.   You were asked if you had other issues, so you explained
that you are still suffering severe pain in your lower back, right hip, and right knee; and
explained you are having severe daily headaches.   You were offered Tylenol for the headaches,
which you pointed out, had no effect in the past.   You complained that you still hadn't received
the chrono for a knee sleeve that was ordered for you in June 2006, and asked about your cane
and knee brace that you'd had since an accident in 2003.   You were told that those appliances
were taken because an MTA claimed to have seen you walking without favoring your right leg
and without your cane or knee brace.   You related that it was probably your twin brother, Daniel
Grajeda, who was mistaken for you, and when you asked if you could have your cane back, you
were told your brother's file would have to be checked, and the matter discussed with the doctor.
You then asked about getting the MRI you were told at a prior appointment the MRI was going
to be requested; and once again you were told it would be recommended after it was discussed
with "the doctor".   At that point, you were told that the issue would be discussed at your next
chronic care visit because this visit was only to give you the results of your EGD and
colonoscopy.   You wondered, if your primary care provider has the authority to address medical
issues, then why didn't she treat or address you medical needs that day, and why does she have
to postpone treatment to talk to a doctor.   Your specific requests are (1) to be given your cane
back, (2) a CT scan and treatment for the pain due to the plates in your head and (3) to be seen as
soon as possible to resolve this issue.

Your appeal with the attachments and your requested action has received careful consideration.
S. Risenhoover, FNP, was assigned to review your appeal and interviewed you for the appeal
October 2, 2006.    She discussed your issues, and reviewed your appeal and your electronic
medical chart, including your most recent X-rays and MRI. Your naprosyn 250 mg was
discontinued at your request, and she ordered salsalate 500 mg as needed, after meals, for the
next 30 days for your pain. She ordered an X-ray of your right hip, and requested a review of
your requests for an MRI and a cane by the Medical Authorization Review (MAR) Committee.
The response by the committee was: Facial fixation plates do not require a wool cap for
"warming", a knee MRI was already done in 2003 and there have been no changes since then,
and you already have a knee support, a cane is not indicated.  A follow-up visit is pending to
discuss the results of your hip X-ray and the recommendations of the MAR committee.

PBSP-D-06-02193
GRAJEDA V22200
Page 2

**FINDINGS:** A review of your appeal has been completed. Your appeal with the attachments and your requested action has received careful consideration. I, M. McLean, FNP, Health Care Manager, was assigned to investigate your allegations. Joseph Kravitz, Correctional Counselor II (A), reviewed your medical file and responses on November 29, 2006. The medical authorization review (MAR) committee discussed your case extensively. As noted above there would be no therapeutic value to your wearing a wool cap based on the placement of the metal plates in your facial area. You had an MRI previously in May of 2005. There is no medial reason for you to have another MRI. You are currently using a neoprene knee support. It is noted you are able to stand and ambulate without difficulty. Based on the information presented there is not an indication to override the recommendation of the MAR. If you have additional issues or concerns you are encouraged to discuss them with your health care team at your scheduled medical appointments. Should you have urgent issues you are advised to follow the established procedure for accessing health care services via the use of the CDC 7362 form.

**DECISION:** The Appeal is denied.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

_____  11-29-06
Joseph Kravitz              Date
Correctional Counselor II (A)

_____  11/29/06
Maureen McLean, FNP       Date
Health Care Manager

12/7

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. PBSP

Log No. DO6-02193

Category 8-10

Requests came to retrieve pain + has sev...

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| GRAJEDA T | V-22200 | 5. Hallum | D-1-104 |

A. Describe Problem: ON 8-21-06 I WAS SEEN BY MS. RISENHOOVER FNP SO SHE CAN EXPLAIN THE RESULTS OF THE EGD AND COLONDSOPY THAT WAS PERFORMED ON ME ON 8-14-06. MS. RISENHOOVER TOLD ME THAT THEY FOUND A HERNIA AND THAT A POLYPS WAS ALSO FOUND IN THE COLON. SHE ALSO TOLT ME, THAT THEY WERE WAITING FOR THE RESULTS OF THE TISSUE THAT WAS TAKEN FROM MY STOMACH (VIA BIOPSY) AND EXPLAINED THAT I WOULD SEE THE DOCTOR SOON. SHE THEN ASKED IF THERE WAS ANYTHING ELSE THAT I NEEDED I TOLD HER YES AND STARTED TO EXPLAIN THAT I (SEE ATTACHED SHEET.)

If you need more space, attach one additional sheet.

B. Action Requested: #1. THAT I BE GIVEN MY CANE BACK TO HELP EASE THE PAIN WHEN I WALK AROUND THE YARD. #2. THAT I BE GIVEN A CT SCAN AND TREATMENT FOR MY SEVERE HEADACHES, AND TREATMENT FOR MY PAIN DUE TO THE PLATES ON MY FACE AND HEAD #3. TO BE SEEN ASAP TO RESOLVE THIS ISSUE

Inmate/Parolee Signature: _Tomas Grajeda_      Date Submitted: 8-23-06

C. INFORMAL LEVEL (Date Received: 08/28/06)

Staff Response: ① X-RAY REPORT OF 09/15/05 OF RT. KNEE STATES "NORMAL RIGHT KNEE". MRI REPORT OF 05/06/05 OF LUMBAR/SACRAL BACK STATES "L2 TO S1 EXITING NERVE ROOTS ARE NORMAL". DR. SAYRES NOTES OF MEDICAL MTG. AND NOTES OF DR. DUNCAN WHICH STATES "NO INTRINSIC KNEE (RIGHT) PATHOLOGY." THE ISSUE OF THE CANE HAS BEEN RESOLVED - DENI... #② NEEDS TO BE PRESENTED VIA 7362. ③ YOU WILL BE SEEN PER THE TRIAGE PROCESS - DENI...

Staff Signature: _Flowers, RN / J. Flowers, R.N_      Date Returned to Inmate: 08/29/06

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I AM DISSATISFIED "SEE PART (A)" THIS APPEAL SHOULD BE GRANTED IN FULL. I AM STILL HAVING MEDICAL PROBLEMS AND STILL SUFFER FROM PAIN

Signature: _Tomas Grajeda_      Date Submitted: 9-4-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

1ST / HCm      NOV 6 REC'D

First Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days) Date assigned 9/5/06    Due Date 10/3/06

Interviewed by S. Risenhoover FNP

See Attached Response

Staff Signature _Wunikope_    Title CFnP    Date Completed 10/16/06

Division Head Approved _McKeyd_    Title CMO    Returned Date to Inmate 10/29/06

F. If dissatisfied, explain reasons for requesting a Second Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

THIS 602 SHOULD BE FULLY GRANTED BECAUSE I AM NOT RECEIVING PROPER NOR ADEQUATE MEDICAL TREATMENT OR MEDICAL CARE AS DR SAYRE FNP RISENHOOVER AND MEDICAL AUTORIZATION REVIEW COMMITTEE CLAIM IN THEIR RESPONSE REPORT OF 3-23-06 APPEAL (SEE ATTACHED SHEETS)

Signature _Jaimes Arajula_    Date Submitted 10-31-06

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned 11/10/06    Due Date 12/1/06

☐ See Attached Letter

Signature _Olvera_ CCII(A)    Date Completed 11-29-06

Warden/Superintendent Signature _Mchaw H.C.F_    Date Returned to Inmate 12-11-06

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature _____    Date Submitted _____

For the Director's Review, submit all documents to:    Director of Corrections
P.O. Box 942883
Sacramento CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date _____

CDC 602 (12/87)

ATTACHED SHEET

8-23-06

CONTINUED FROM

(A)(DESCRIBE PROBLEM)

WAS STILL SUFFERING FROM SEVERE PAIN IN MY LOWER BACK, (R) HIP AND (R) KNEE, AND THAT I WAS HAVING SEVERE HEADACHES AGAIN, AND CONTINUE DAILY. MS. RISENHOOVER, THEN OFFERED ME TYLENOL FOR MY HEADACH I HAD TO REMIND HER, THAT WE TRIED TYLENOL BEFORE AND ELAVIL, AND THEY HAD NO EFFECT. I ALSO REMINDED HER, THAT I WASN'T TAKING PSYCHIC MEDS FOR MY CHRONIC PAIN OR FOR HEADACHES. I ALSO HAD MENTIONED TO MS. RISENHOOVER, THAT I STILL HAVEN'T RECEIVED THE KNE SLEEVE THAT SHE ORDERED FOR ME BACK IN JUNE 6TH 2006. I ALSO ASKED HER ABOUT MY CANE AND ABOUT MY KNEE BRACE, WHICH I'VE HAD SINCE THE ACCIDENT (2003). MS. RISENHOOVER TOLD ME, THAT THEY WERE TAKING FROM BECAUSE SOME MTA CLAIMS, THAT THEY SEEN ME WALKING WITHOU FAVORING MY RIGHT LEG, AND WITHOUT MY CANE AND KNEE BRACE, AT WHICH TIME, I TOLD HER, THAT THEY PROBABLY SEEN MY TWIN BROTHER DANIEL GRAJEDA C-39195. MS. RISENHOOVER CLAIMS THAT SHE JUST RECENTLY FOUND OUT THAT I HAD A TWIN BROTHER. I THEN ASKED HER, IF I CAN GET MY CANE BACK, TO EASE THE PRESSURE FROM MY BACK, RIGHT HIP AND RIGHT KNEE, WHEN I MOVE ABOUT OR GO TO THE YARD. SHE TOLD M THAT SHE HAS TO CHECK MY MEDICAL FILE AND MY BROTHER'S AND THEN DISCUSS IT WITH THE DOCTOR. I WAS GIVEN THE CANE AND KNEE BRACE AT CORCORAN BECAUSE OF MY INJURIES. I THEN ASKED IF I WAS GONNA GET THE MRI ON MY (R) HIP AND (R) KNEE, LIKE SHE SAID THAT SHE WAS GOING TO RECOMMEND, ONCE I GOT THE EGD AND COLONOSOPY DONE. AGAIN, SHE SAID THAT SHE'LL RECOMMEND IT, ONCE SHE TALKS T THE DOCTOR, BUT THAT SHE DIDN'T WANT TO DISCUSS IT NOW, BUT WI DISCUSS IT WITH ME ON MY NEXT CHRONIC REVIEW BECAUSE I WAS ONL THERE, SO SHE COULD EXPLAIN THE RESULTS OF THE EGD AND COLONOSOP

(OVER) BACKSID

F MS. RISENHOOVER FNP CLAIMS TO BE THE PRIMARY PCP, AND IS CERTIFIED
S AS A PRACTITIONER, AND HAS THE AUTHORITY TO ADDRESS MEDICAL
ISSUES, THEN WHY DIDN'T SHE TREAT OR ADDRESS MY MEDICAL NEED'S
N THAT DAY, WHY DOES SHE HAVE TO DISCUSS IT WITH A DOCTOR OR POST-
ONE TREATMENT.

**FIRST LEVEL SUPPLEMENTAL PAGE**
First Level Reviewers Response

<u>RE</u>:   PELICAN BAY STATE PRISON

Appeal Log #: PBSP-D-06-02193
Inmate Name: GRAJEDA /V22200

<u>APPEAL DECISION</u>: PARTIALLY GRANTED

<u>APPEAL ISSUE:</u>  The following is a summary of your appeal statements, and restatement here does not necessarily constitute agreement that the statements are factual.  For exact statements, and extensive details, please see the original CDC 602 Inmate/Parolee Appeal Form.

On August 21, 2006, you were seen in the clinic for a follow-up to your EGD and colonoscopy. You were told at that time that a hernia and polyps had been found; and a biopsy was done on your stomach, with results pending.  You were asked if you had other issues, so you explained that you are still suffering severe pain in your lower back, right hip, and right knee; and explained you are having severe daily headaches.  You were offered Tylenol for the headaches, which you pointed out, had no effect in the past.  You complained that you still hadn't received the chrono for a knee sleeve that was ordered for you in June 2006, and asked about your cane and knee brace that you'd had since an accident in 2003.  You were told that those appliances were taken because an MTA claimed to have seen you walking without favoring your right leg and without your cane or knee brace.  You related that it was probably your twin brother, Daniel Grajeda, who was mistaken for you, and when you asked if you could have your cane back, you were told your brother's file would have to be checked, and the matter discussed with the doctor.  You then asked bout getting the MRI you were told at a prior appointment was going to be requested; and once again you were told it would be recommended after it was discussed with "the doctor".  At that point, you were told that the issue would be discussed at your next chronic care visit because this visit was only to give you the results of your EGD and colonoscopy.  You wondered, if your primary care provider has the authority to address medical issues, then why didn't she treat or address you medical needs that day, and why does she have to postpone treatment to talk to a doctor.  Your specific requests are (1) to be given your cane back, (2) a CT scan and treatment for the pain due to the plates in your head and (3) to be seen as soon as possible to resolve this issue.

<u>FINDINGS:</u>  Your appeal with the attachments and your requested action has received careful consideration.  I, S. Risenhoover, F.N.P., was assigned to review your appeal and interviewed you for the appeal October 2, 2006.   We discussed your issues, and I reviewed your appeal and your electronic medical chart, including your most recent X-rays and MRI. .  Your naprosyn 250 mg was discontinued at your request, and we will try salsalate 500 mg as needed, after meals, for the next 30 days for your pain. I ordered an X-ray of your right hip, and requested a review of your requests for

Page 2 of 2
Appeal Log #: PBSP-D-06-02193
Inmate Name: Grajeda / V22200

an MRI and a cane by the Medical Authorization Review (MAR) Committee. The response by the committee was: Facial fixation plates do not require a wool cap for "warming", a knee MRI was already done in 2003 and there have been no changes since then, and you already have a knee support, a cane is not indicated. A follow-up visit is pending to discuss the results of your hip X-ray and the recommendations of the MAR committee.

**DETERMINATION OF ISSUE:**   You are receiving treatment for your pain, which will be reviewed in 30 days. Your progress will continue to be monitored and you will be provided adequate and appropriate treatment as indicated for your medical condition. Based on this review, the actions requested to resolve the appeal are partially granted.


S. Risenhoover, F.N.P.                         Date
Primary Care Provider


M. Sayre, M.D.                                 Date
Chief Medical Officer

CONTINUED FROM
SECTION (F)                    10-31-06

LOG # PBSP-D-06-00709 AND OF THEIR RESPONSE REPORT OF THIS
602 APPEAL LOG # D-06-02193. I AM STILL SUFFERING FROM SEVERE
HEADACHES, BLURRY VISION AND DIZZINESS. MY BACK CONTINUES TO CAUSE
ME ALOT OF PAIN AND DISCOMFORT, MY RIGHT HIP AND RIGHT KNEE
CONTINUE TO POP AND CAUSE ME PAIN AS WELL, AND CAUSES A BURN-
ING SENSATION UNDER THE KNEE-CAP AND SENDS A TINGLING
SENSATIONAL FEELING DOWN MY RIGHT LEG TO MY TOES. I'VE
COMPLAINT NUMEROUS TIMES TO THE MEDICAL STAFF HERE AT PBSP,
SINCE MY ARRIVAL FROM CSP-CORCORAN ON 6-29-04, YET NOTHING
HAS REALLY BEEN DONE TO CORRECT MY MEDICAL ISSUES. I'VE RE-
QUESTED AN MRI ON MY (R) HIP, (R) KNEE AND A CAT-SCAN OF MY HEAD,
BUT I WAS DENIED BY M.AR, STATING THAT I HAD AN MRI IN 2003,
AND NOTHING HAS CHANGE. YET ITS BEEN ALMOST (4) FOUR YEARS, SINCE
THE ACCIDENT AND I HAVEN'T HAD NO FOLLOW UP M.RI OR CAT-SCAN.
IT STATE'S IN THESE MEDICAL DOCUMENTS, THAT I NEEDED MY RIGHT
HIP REPAIRED, AND THAT I HAD ARTHROSCOPIC SURGERY OF THE RIGHT
KNEE ON 11-21-03  (SEE MEDICAL REPORTS)

    MEDICAL STAFF CLAIMS THAT I HAVE NO NEED FOR WOOL CAP, SINCE
THE METAL PLATES ARE ON MY FACIAL FIXATION. I DISAGREE WITH THIS
RESPONSE BECAUSE A WOOL CAP DOES HELP KEEP MY HEAD WARM BY
COVERING MY FOREHEAD AS WELL AND WHEN I SLEEP, I COVER MY
UPPER FACE BY PULLING THE WOOL CAP OVER MY FACE TO THE BRIDEE
OF MY NOSE. THE COLD WEATHER ADD'S TO MY PAIN, WHEN THE COLD
EFFECTS THE PLATES.

    YOUR RESPONSE REPORT OF 10-11-06, YOU (MEDICAL STAFF) ADVISED
ME TO AVOID STRENOUS EXERCISE, YET I AM FORE TO WALK WITHOUT
THE USE OF MY CANE, THAT WAS GIVEN TO ME AT CORCORAN, SO I
WOULDN'T PUT PRESSUR ON MY (R) HIP, (R) KNEE AND BACK. I STRONGLY
FEEL THAT MEDICAL STAFF HERE AT PBSP ARE COMMITTED DELIVERANCE
INDEFFERNT TO MY MEDICAL NEEDS AND I STRONGLY BELIEVE THAT
THAT THE MEDICAL STAFF IS RETALIATING AGAINST ME FOR CHALLENG-
ING THEIR LACK OF MEDICAL CARE AND MEDICAL TREATMENT BY
DENYING ME THE PROPER MEDICAL CARE AS PROVIDED IN CCR
TITLE 15 § 3350 AND § 3350.2.

    SURGERY TO REPAIR MY RIGHT HIP, WAS NEVER PERFORMED BY PRISON
DOCTORS AS THEY SAID THEY WOULD. I AM STILL WAITING FOR