# EXHIBIT F

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: APR 18 2007

In re: Grajeda, V-22200
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0610064     Local Log No.: PBSP 06-02546

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I  APPELLANT'S ARGUMENT: It is the appellant's position that he has not been receiving adequate medical treatment from the Pelican Bay State Prison (PBSP) medical staff. The appellant contends that the PBSP medical staff has been deliberately indifferent to his medical needs. The appellant contends that he suffers from chronic pain and that the medical staff has denied his medical chronos that were previously granted at another institution. The appellant requests that he be provided a new primary care physician (PCP), and that he be monetarily compensated.

II  SECOND LEVEL'S DECISION: The reviewer found that a comprehensive and thorough review of the appellant's appeal was conducted. The First Level of Review (FLR) found that the appellant was examined by his PCP on September 22, 2006 and that the Dr. advised the appellant to focus on one ailment at a time and not to jump around when describing his condition as it leads to confusion. The PCP explained to the appellant that the medication "flagyl" was not medically indicated for his condition. The PCP advised the appellant that his medical chronos were canceled as they were no longer medically indicated. FLR advised the appellant that his PCP was assigned by the Chief Medical Officer. The Second Level of Review (SLR) concurred with the findings of the FLR. The SLR denied the appellants appeal.

III  DIRECTOR'S LEVEL DECISION: Appeal is denied.

   A. FINDINGS: The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR. The Director's Level of Review (DLR) finds that the appellant's complaints of improper medical treatment lack merit. The SLR indicated that the appellant was evaluated during several visits to the clinic. The DLR finds that the appellant's medical concerns are being adequately addressed by the institution and the appellant should discuss any future medical concerns with his PCP. California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical staff shall be permitted to diagnose illness and prescribe medication and medical treatment for inmates. It is not appropriate for the appellant to self-diagnose his own medical problems and then expect a medical doctor to implement the appellant's recommendation for a course of medical treatment. The appellant's treatment is being provided by the institution. Therefore no relief is provided at the DLR.

   B. BASIS FOR THE DECISION:
   CCR: 3000, 3001, 3350, 3350.1, 3350.2, 3354

   C. ORDER: No changes or modifications are required by the institution.

GRAJEDA, V-22200
CASE NO. 0610064
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

*[signature]*

N. GRANNIS, Chief
Inmate Appeals Branch

cc: Warden, PBSP
    Health Care Manager, PBSP
    Appeals Coordinator, PBSP
    Medical Appeals Analyst, PBSP

SECOND LEVEL APPEAL RESPONSE

C-FILE

RE:  PELICAN BAY STATE PRISON
     Appeal Log: PBSP-D-06-02546
     Inmate: GRAJEDA V22200

Maureen McLean, FNP, Health Care Manager at Pelican Bay State Prison (PBSP) reviewed this matter. Joseph Kravitz, Correctional Counselor II (A), conducted the Appeal at the Second Level of Review on January 23, 2007.

**APPEAL ISSUE:** The following is a summary of your appeal statements and issues. For complete details and exact statements, please see the original CDC 602 Inmate/Parolee Appeal Form. You submitted this appeal on September 26, 2006. You complained that you were seen in the clinic on September 22, 2006 regarding a bacterial infection in your stool (feces), and while you were trying to explain your medical problems, the clinician "rolled her eyes in a mocking manner, while glancing at the correctional officer who works in the clinic". You said you arrived here at Pelican Bay State Prison on June 29, 2004, and have been requesting medical treatment ever since, but staff is deliberately indifferent to your medical needs. You complain that you have been diagnosed with anemia for over two years, but treatment only began June 2006. You complain of medical issues such as chronic headaches with dizziness and blurred vision, chronic pain of lower back, right hip and right knee, and a hiatal hernia and sigmoid polyp. You explain that you were give permanent chronos for a cane and knee brace, while at California State Prison at Corcoran, to prevent putting too much weight or pressure on your previously fractured hip, but the chronos were discontinued without explanation. You also complain: "I received an Inmate Request Form from MTA Mullen, dated September 22, 2206, stating that per Dr. Sayre, I will not be treated for Flagyl." You ask (1) that you be given an explanation, in writing, as to why Dr. Sayre is denying you medical treatment, (2) that you see a doctor or someone else, other than S. Risenhoover, F.N.P., and (3) receive monetary damages.

Your appeal with the attachments and your requested action has received careful consideration. P. Brous, SRN II, conducted your appeal interview at your pod door on November 6, 2006. During the interview, you described your unhappiness with the care you are receiving from M. Sayre M.D. and S. Risenhoover, F.N.P. She explained to you that M Sayre, M.D. is giving you all the chronos he feels are medically necessary, and you are not being persecuted. She also explained that your primary care provider will not be removed from the clinic upon your request, and suggested you avoid jumping from ailment to ailment while at a medical appointments, as it makes it difficult for practitioners to deal effectively with your medical issues when multiple complaints are presented in that manner. Flagyl is not an illness or disease to be treated, it is a medication which was not recommended for your condition. Requests for monetary compensation are outside of the scope of the appeal process

**FINDINGS:** A review of your appeal has been completed. Your appeal with the attachments and your requested action has received careful consideration. I, M. McLean, FNP, Health Care Manager, was assigned to investigate your allegations. Joseph Kravitz, Correctional Counselor II (A), reviewed your medical file and responses on January 23, 2007. Since the original filing of this appeal you have been seen by members of your health care team (RN or PCP) no less than eight times. Your medical issues are being addressed. There is no indication that you are being denied treatment. The medical care you are receiving is appropriate for your current condition.

PBSP-D-06-02546
GRAJEDA V22200
Page 2

You are encouraged to discuss questions or concerns with your health care team. You have presented no further evidence at this level of the appeal process to warrant a change in the decision given at the first level.

**DECISION:** The Appeal is denied.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

_____ 1-23-07                     _Maureen McLean_ 1/24/07
Joseph Kravitz           Date                  Maureen McLean, FNP            Date
Correctional Counselor II (A)                  Health Care Manager

## MEDICAL APPEAL ROUTE SLIP

To:      J. KRAVITZ                                                    Date: January 16, 2007

From:    Medical Appeals Office

Re:      Appeal Log Number PBSP-D-06-02546 by Inmate GRAJEDA V22200

Housing: D1-104

Please assign this appeal to appropriate staff for SECOND Level response.

Due Date: 1/23/07

Special Needs:

STAFF INSTRUCTIONS:

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Medical Appeals Office. All Inmate/Patients must be interviewed unless fully granted.

~~ 1/16/2007 Appeal Level Changed To SECOND. ~~ 12/1/2006 To ACO~~~ 12/1/2006 Appeal Denied and returned to inmate. ~~~~ 11/16/2006 OFS to P. Brous & e-mailed copy to her for any changes she wishes to make.~~~ 11/6/2006 Interview done by P. Brous SRN II - on it's way for signatures to CMO today she said.~~~ 10/25/2006 Appeal Level Changed To FIRST. ~~ 9/29/2006 Appeal Partially Granted and returned to inmate. ~~~~ 9/29/2006 RESP 9/27 by RN J. Flowers: (1) You can see the PCP on your next visit or write Dr. Sayre why the bacteria/medical Tx was not indicated at that time (2) FNP was chosen as D-SHU PCP by CMO (3) you are receiving the medically indicated Txs for your complaints.~
~~ 9/29/2006 I/M DATE 9/25/06 - Claims PCP "rolling her eyes at C/O" as he tried to explain his symptoms reg his intestinal infection, severe headaches, blurry vision, dizziness, chronic LB pain, Hip and R-knee pain . . Diagnoses w/anemia but not treated for 2 years, (on and on about lack of treatment for various problems: hernia, polyps) REQ: (1) Explanation in writing as to why CMO denying medical Tx (2) See PCP other than Risenhoover (3) Money damages.

Staff Services Analyst
Medical Appeals
Pelican Bay State Prison

PELICAN BAY S.H.U.
UNIT D-1

| INMATE/PAROLEE APPEAL FORM | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| CDC 602 (12/87) | 1. PBSP | D06-02546 | 8/10 |
| | 2. | 2. | REQUESTING ALL FNP. DIS-Agree |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| GRAJEDA, T | V-22200 | S.H.U. | D-1-104 |

A. Describe Problem: ON 9-22-06, I WAS SEEN BY FNP RISENHOOVER FOR AN INFECTION IN MY INTESTINE AND FOR SOME TYPE OF BACTERIA IN MY STOOL (FECES) WHILE I WAS BEING SEEN BY FNP RISENHOOVER, I OBSERVED HER ROLLING HER EYES IN A MOCKING MANNER, WHILE GLANCING AT THE CO's WHO WORK AT THE CLINIC. WHEN I WAS TRYING TO EXPLAIN MY SYMPTOMS TO RISENHOOVER, THAT I WAS STILL EXPERIENCING SEVERE HEADACHES, ALONG WITH DIZZINESS AND BLUR VISION, AND THAT I AM STILL SUFFERING FROM CHRONIC PAIN ON MY LOWER BACK AND THAT MY (R) HIP AND (R) KNEE STILL POP. AGAIN FNP (SEE ATTACHED SHEET)

If you need more space, attach one additional sheet.

B. Action Requested: #1, THAT I BE GIVEN AN EXPLANATION IN WRITING WHY DR. SAYRE IS DENYING MEDICAL TREATMENT #2, THAT I SEE A DOCTOR OR SOMEONE ELSE, OTHER THEN FNP RISENHOOVER. #3. MONEY DAMAGES

Inmate/Parolee Signature: Tomas Grajeda            Date Submitted: 9-25-06

C. INFORMAL LEVEL (Date Received: 09/26/06)

Staff Response: (1) PARTIALLY GRANTED - YOU CAN SEE THE PCP ON YOUR NEXT VISIT OR WRITE DR. SAYRE WHY THE BACTERIA/MEDICAL TREATMENT WAS NOT INDICATED AT THAT TIME.
(2) F.N.P. RISENHOOVER IS THE D SHU PCP AND WAS CHOSEN BY DR. SAYRE FOR THAT POSITION. — DENIED.
(3) DENIED - YOU ARE RECEIVING THE MEDICALLY INDICATED TREATMENT(S) FOR YOUR COMPLAINT.

Staff Signature: Flowers R.N. / J. FLOWERS, R.N.        Date Returned to Inmate: 09/27/06

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I DISAGREE WITH THIS RESPONSE AND AM DISSATISFIED THIS "602" SHOULD BE FULLY GRANTED

Signature: Tomas Grajeda                 Date Submitted: 10-5-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

1ST HCM

First Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 10/4/06  Due Date: 11/17/_

Interviewed by: P Brous, RN

_____

Staff Signature: Pamela Brous /SRN II  Title: _____
Division Head Approved:
Signature: M C _____  Title: CMO   Date Completed: 11/20/06
                                                     Returned
                                                     Date to Inmate: 12-11-0_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 _ receipt of response.

THE PCP HAS FAILED TO PROVIDE EFFECTIVE TREATMENT FOR THE CONDITION I SUFFER FROM, THE CMO, PCP AND THE IM APPEAL PROCE_ AT PBSP IS A SHAM, THERE IS NO MEDICAL JUSTIFICATION TO DENY ALL FORMS OF TREATMENTS THAT ARE KNOWN TO BE EFFECTIVE. THE _

Signature: Tomas Aguada   Date Submitted: 12-17-0_

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 12/21/06  Due Date: 1/23/07
☐ See Attached Letter

Signature: _____ CCII (A)
Warden/Superintendent Signature: M McLean HCM   Date Completed: 1-23-07
                                                                  Date Returned to Inmate: JAN 26 20_

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third-level within 15 days of receipt response.

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)                                                      Date: _____

(Continued From)    9-25-06

**(A) DESCRIBE PROBLEM:**

Risenhoover rolled her eyes, which really irritated at that time because of her silent sarcasm, she has done this before. I've been complaining about my medical problems, since my arrival here at PBSP on 6-29-04. I've been requesting medical treatment since my arrival, but medical staff are deliberate indifference to my medical needs, their actions are wanton. I am being treated for anemia at the present moment, but prior to getting treatment, which just started in June 6th, 06, then stopped for a month, then stated again in August I was diagnosed with anemia for over (2) years, without getting any kind of treatment. My medical issues are well documented, as severe chronic headaches, with dizziness and blur vision, chronic pain of lower back, chronic pain of my (R) hip and (R) knee, which still pop, a hiata hernia and sigmoid polyp were found. My cane and knee brace were given to me at CSP-COR for permanent use because pins were never added to my fracture (R) hip after the accident, so I wouldn't put to much weight or pressure on my (R) hip, (R) knee or lower back. But Dr. Sayre discontinued my chronos and the use of the cane and knee brace without an explanation.

According to "Title 15, Article 8," §3350.(A) 1, 2, 4, 5 §3350.1.(A) §3353.1(A),(B) and (C), and §3354.(E) I am entitled to proper medical treatment and proper medical care. Again medical staff here at PBSP are deliberate indifference to my medical care. I received an inmate request form from M.T.A Mullen dated 9-22-06. Stating that per Dr. Sayre I will not be treated for Flagel.

**PELICAN BAY S.H.U.**
**UNIT D-1**

DEC 17TH, 06

Continued From
(Section-F)

"Medical records reflect I put forth volumes of evidence I am currently receiving ineffective treatment and the required surgery to repair my (R) hip was never done.

PELICAN BAY S.H.U.
UNIT D-1

PELICAN BAY S.H.U.
UNIT D-1

FIRST LEVEL SUPPLEMENTAL PAGE
First Level Reviewers Response

RE: PELICAN BAY STATE PRISON

Appeal Log #: PBSP-D-06-02546
Inmate Name: GRAJEDA / V22200

APPEAL DECISION: DENIED

APPEAL ISSUE: The following is a summary of your appeal statements and issues. For complete details and exact statements, please see the original CDC 602 Inmate/Parolee Appeal Form. You submitted this appeal on September 26, 2006. You complained that you were seen in the clinic on September 22, 2006 regarding a bacterial infection in your stool (feces), and while you were trying to explain your medical problems, the clinician "rolled her eyes in a mocking manner, while glancing at the correctional officer who works in the clinic". You said you arrived here at Pelican Bay State Prison on June 29, 2004, and have been requesting medical treatment ever since, but staff is deliberately indifferent to your medical needs. You complain that you have been diagnosed with anemia for over two years, but treatment only began June 2006. You complain of medical issues such as chronic headaches with dizziness and blurred vision, chronic pain of lower back, right hip and right knee, and a hiatal hernia and sigmoid polyp. You explain that you were give permanent chronos for a cane and knee brace, while at California State Prison at Corcoran, to prevent putting too much weight or pressure on your previously fractured hip, but the chronos were discontinued without explanation. You also complain: "I received an Inmate Request Form from MTA Mullen, dated September 22, 2206, stating that per Dr. Sayre, I will not be treated for Flagyl." You ask (1) that you be given an explanation, in writing, as to why Dr. Sayre is denying you medical treatment, (2) that you see a doctor or someone else, other than S. Risenhoover, F.N.P., and (3) receive monetary damages.

FINDINGS: Your appeal with the attachments and your requested action has received careful consideration. I, P. Brous, SRN II, conducted your appeal interview at your pod door on November 6, 2006. During the interview, you described your unhappiness with the care you are receiving from M. Sayre M.D. and S. Risenhoover, F.N.P. I explained to you that M Sayre, M.D. is giving you all the chronos he feels are medically necessary, and you are not being persecuted. I explained that your primary care provider will not be removed from the clinic upon your request, and suggested you avoid jumping from ailment to ailment while at a medical appointments, as it makes it difficult for practitioners to deal effectively with your medical issues when multiple complaints are presented in that manner. Flagyl is not an illness or disease to be treated, it is a

Case 3:07-cv-04752-PJH    Document 15-7    Filed 08/01/2008    Page 12 of 12

Page 2 of 2
Appeal Log #: PBSP-D-06-02546
Inmate Name: GRAJEDA / V22200

PELICAN BAY S.H.U.
UNIT D-1

medication which was not recommended for your condition. Requests for monetary compensation are outside of the scope of the appeal process.

**DETERMINATION OF ISSUE**: A thorough review of your requests presented in this complaint has been completed. Based on this review, the actions requested to resolve the appeal are denied.

_____    11-20-06
P. Brous, R.N.                 Date
Supervising Registered Nurse II

_____    11/29/06
M. Sayre, M.D.                 Date
Chief Medical Officer