# EXHIBIT A

Inmate Appeals Branch                                                                                                07/31/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

**Appellant Appeal History**

**CDCR Number: V22200**

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| V22200 | GRAJEDA, THOMAS | PBSP | 06/30/2004 | | |

### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0509042 | CASE INFO/RECORDS | Prior to subcategory | 02/14/2006 | PBSP-05-02150 | 05/11/2006 | 05/11/2006 | DENIED |
| 0601130 | MEDICAL | Prior to subcategory | 07/28/2006 | PBSP-06-00709 | 10/24/2006 | 10/11/2006 | DENIED |
| 0602580 | MEDICAL | Prior to subcategory | 08/30/2006 | PBSP-06-01027 | 11/29/2006 | 11/06/2006 | DENIED |
| 0603093 | MAIL | Prior to subcategory | 09/11/2006 | PBSP-06-01555 | 12/08/2006 | 11/28/2006 | DENIED |
| | | | | PBSP-06-01688 | | | |
| 0606312 | MEDICAL | Prior to subcategory | 11/28/2006 | PBSP-06-01925 | 02/27/2007 | 01/22/2007 | DENIED |
| 0607310 | MEDICAL | Prior to subcategory | 12/21/2006 | PBSP-06-02193 | 03/22/2007 | 02/07/2007 | DENIED |
| 0610064 | MEDICAL | Prior to subcategory | 02/16/2007 | PBSP-06-02546 | 05/14/2007 | 04/18/2007 | DENIED |
| 0616046 | MAIL | Prior to subcategory | 05/21/2007 | PBSP-07-00792 | 08/15/2007 | 08/07/2007 | DENIED |
| 0721587 | STAFF COMPLAINTS | Other | 01/30/2008 | PBSP-07-11482 | 04/28/2008 | 05/02/2008 | DENIED |
| 0721859 (Group) | PROGRAM | Other | 02/04/2008 | PBSP-07-02677 | 05/01/2008 | 04/29/2008 | DENIED |
| 0735261 | MEDICAL | | 06/30/2008 | PBSP-08-12117 | 09/24/2008 | | PENDING |

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0509042 | CASE INFO/RECORDS | Prior to subcategory | 10/31/2005 | PBSP-05-02150 | 01/09/2006 | | MISSING DOCUMENTATION |
| 0601130 | MEDICAL | Prior to subcategory | 08/30/2006 | PBSP-06-00709 | 10/21/2006 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 0707905 | MEDICAL | | 09/17/2007 | | 10/17/2007 | | MISSING DOCUMENTATION |
| 0723230 | MEDICAL | | 02/13/2008 | | 04/08/2008 | | APPEAL REJECTED/WITHDRAWN/CAN |

Page: 1

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| 1/22200 | | | | | |
| 5026887 | GRAJEDA, THOMAS | PBSP | 06/30/2004 | | |
| | MEDICAL | Prior to subcategory | 08/30/2006 | 10/21/2006 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |