IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS GRAJEDA,<br><br>         Plaintiff,<br><br>v.<br><br>ROBERT A. HOREL, et al.,<br><br>         Defendants. | C 07-4752 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

  The Court has considered all supporting and opposing arguments regarding Defendants McLean, Sayre, Horel, Rowe, and Risenhoover's Motion to Dismiss. The Court finds that Plaintiff failed to exhaust his administrative remedies as to Defendants McLean, Sayre, Horel, Rowe, and Risenhoover; Plaintiff's complaint fails to state a claim upon which relief may be granted for Defendants Horel, Sayre, and McLean; that Defendants McLean, Sayre, Horel, Rowe, and Risenhoover are entitled to qualified immunity; and the claims for equitable relief must be dismissed. It is so ordered.

Dated: _____    _____
                         The Honorable Phyllis J. Hamilton
                         U.S. District Court Judge

[Proposed] Order                    T. Grajeda v. R. Horel, et al.
                                     Case No. C 07-4752 PJH

1