Thomas G. Grajeda #V-22200
Plican Bay State Prison
P.O. Box 7500 (D-1-123)
Crescent City, California, 95532
Plaintiff, In Pro-Se

FILED

08 AUG 27 PM 1:55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Thomas G. Grajeda<br>Plaintiff<br><br>vs.<br><br>Robert A. Horel et, al.<br>Defendants | Case No. C07-4752 (PJH)<br>Plaintiffs Notice of<br>Motion for Extension of<br>Time to Oppose Defendant's<br>Motion to Dismiss |

TO: Defendants and to their counsel of record:

Please take notice, that Plaintiff Thomas G. Grajeda hereby request this Court for a (90) day extension of time to file a motion of opposition to Defendants motion to dismiss.

Dated: August 17th, 2008.

Respectfully
Submitted By
Thomas G. Grajeda
Thomas G. Grajeda
Plaintiff, In Pro-Se

THOMAS G. GRAJEDA #V-22200
PELICAN BAY STATE PRISON
P.O. BOX 7500 (D-1-123)
CRESCENT CITY, CALIFORNIA. 95532
  PLAINTIFF, IN PRO-SE

FILED
08 AUG 27 PM 1:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

THOMAS G. GRAJEDA
    PLAINTIFF,
  VS.
ROBERT A. HOREL et. al.,
    DEFENDANTS.

CASE NO. C07-4752 (PJH)
DECLARATION OF PLAINTIFF
THOMAS G. GRAJEDA, REQUEST
FOR EXTENSION OF TIME TO
OPPOSE DEFENDANTS' MOTION
TO DISMISS

I, THOMAS G. GRAJEDA, DECLARE AS FOLLOW:

1. THAT I AM THE PLAINTIFF TO THE ABOVE NUMBER ACTION, I AM COMPETENT TO TESTIFY TO THE MATTER SET FOURTH IN THIS DECLARATION, AND IF CALLED UPON TO DO SO, I WOULD AND COULD DO SO TESTIFY. I SUBMIT THIS DECLARATION IN SUPPORT OF MY MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION MOTION TO DEFENDANTS MOTION TO DISMISS

2. I WILL NEED A (90) NINETY DAYS OF EXTENSION OF TIME, TO WAIT FOR THE COURT TO MAKE A RULING ON MY MOTION FOR APPOINTMENT OF COUNSEL BECAUSE I HAVE TROUBLE READING. I HAVE A LOW READING POINT ADVERAGE GRADE LEVEL OF 4.0.

3. I WILL NEED ADDITION TIME TO COMPLETE AND TO FILE MY OPPOSITION MOTION TO DEFENDANT'S MOTION TO DISMISS BECAUSE I AM HOUSED IN THE SECURITY HOUSING UNIT (S.H.U.) HERE AT PELICAN BAY STATE PRISON, AND

(1)

Due to my housing status, I have limited access to the law library. I am only allowed to use the law library once a month for (2) two hours.

4. I will need additional time to correct and to complete some errors that were made in my first amended complaint that were not completed, so I can file my second amended complaint.

5. I will need additional time to gather the information that I will need to submit interrogatory questions to each defendant

6. I will need additional time to complete and to file my opposition motion because of my lack of knowledge and understanding of the law and because I have to keep asking people for help, so they can explain things to me.

7. I have only filed one motion for extension of time on December 6th, 2007, regarding my first amended complaint.

8. This request for extension for time is not made for the purpose of harassment or undue delay or for any improper reason.

I hereby swear the above is true and correct under penalty of perjury, pursuant to the laws of the United States of America, and that this declaration has been <u>executed by me on August 17th, 2008.</u> in Crescent City, California.

Respectfully Submitted by
<u>Thomas G. Grajeda</u>
Thomas G. Grajeda
Plaintiff, In Pro-Se

(2)

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, THOMAS G. GRAJEDA, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 17TH day of AUGUST, in the year of 2008, I served the following documents: (set forth the exact title of documents served)

MOTION FOR EXTENSION OF TIME AND DECLARATION OF PLAINTIFF THOMAS G. GRAJEDA

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

DANIELLE F. O'BANNON
ATTORNEY GENERAL OFFICE
455 GOLDEN GATE AVE. SUITE 11000
SAN FRANCISCO, CA. 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17TH day of AUGUST, 2008.

Signed: Thomas G. Grajeda
(Declarant Signature)

Rev. 12/06

THOMAS G. GRAJEDA #V-22200
PELICAN BAY STATE PRISON
P.O. BOX 7500 (D-1-123)
CRESCENT CITY, CALIFORNIA.
                          95532

Confidential Legal Mail

PJH

RECEIVED
AUG 27 2008

8-22-08

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



OFFICE OF THE CLERK, U.S. DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF CALIFORNIA.
(SAN FRANCISCO - DIVISION)
450 GOLDEN GATE AVENUE.
SAN FRANCISCO, CALIFORNIA.
94102

DDRew CTA

8-22-08