UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS GRANDE GRAJEDA,

    Plaintiff,

    v.

ROBERT A. HOREL, Warden; MICHAEL SAYRE, M.D.; SUE RISENHOOVER, F.N.P.; JOHN KRAVITZ, CCII (A); MAUREEN McLEAN, F.N.P.; J. FLOWERS, R.N.; and LINDA ROWE, M.D.,

    Defendants.

                              /

No. C 07-4752 PJH (PR)

**ORDER DENYING PLAINTIFF'S MOTION FOR COUNSEL AND GRANTING EXTENSION OF TIME**

This is a civil rights case brought pro se by a state prisoner. He has moved for appointment of counsel and for an extension of time to oppose defendants' motion to dismiss.

There is no constitutional right to counsel in a civil case, *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981), and although district courts may "request" that counsel represent a litigant who is proceeding in forma pauperis, as plaintiff is here, *see* 28 U.S.C. § 1915(e)(1), that does not give the courts the power to make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989).

The Ninth Circuit has held that a district court may ask counsel to represent an indigent litigant only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).

///

Plaintiff appears able to present his arguments adequately. At this stage of the case the issue is whether plaintiff has exhausted his administrative remedies, an issue as to which he need present only facts that should be within his knowledge. The court will, of course, apply the correct law to the facts he provides. The issue therefore is not complex. The motion for appointment of counsel (document number 18 on the docket) is **DENIED** without prejudice to renewing it later if the case survives the motion to dismiss.

Plaintiff's motion for an extension of time to oppose the defendants' motion to dismiss (document number 19 on the docket) is **GRANTED**. The time to file an opposition is **EXTENDED** to a date sixty days from the date this order is entered.

**IT IS SO ORDERED.**

Dated: September 2, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\GRAJEDA4752.EXT-P.wpd