UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS GRANDE GRAJEDA,

    Plaintiff,

    v.

ROBERT A. HOREL, Warden; MICHAEL SAYRE, M.D.; SUE RISENHOOVER, F.N.P.; JOHN KRAVITZ, CCII (A); MAUREEN McLEAN, F.N.P.; J. FLOWERS, R.N.; and LINDA ROWE, M.D.,

    Defendants.

                       /

No. C 07-4752 PJH (PR)

**ORDER SETTING DEADLINES**

    This is a civil rights case filed pro se by a state prisoner. A motion to dismiss was granted in part and denied in part in an order entered on February 6, 2009. In that order the claims against defendant Horel were dismissed with leave to amend. Plaintiff has now filed a statement saying that he wishes to abandon the claims against the Horel.

    The claims against Horel are **DISMISSED** with prejudice.

    The remaining defendants shall file a motion for summary judgment or other dispositive motion within sixty days of the date this order is entered. Plaintiff's opposition, or statement of non-opposition, shall be filed within thirty days of service of the motion. A reply, if defendants desire to file one, is due within fifteen days of service of the opposition. The motion will be decided without oral argument.

    **IT IS SO ORDERED.**

Dated: March 17, 2009.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\CR.07\GRAJEDA4752.MDSMS.wpd