UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| THOMAS G. GRAJEDA | No. C-07-04752 |
| Plaintiff(s), | ORDER |
| v. | |
| ROBERT A. HOREL | |
| Defendant(s). | |

This court, having been advised of security issues that restrict plaintiff's movement from his present location, vacates the settlement conference previously scheduled at Solano State Prison and reschedules it for July 16, 2010 at 9:00 a.m. at Pelican Bay State Prison. This order terminates Defendant's proposed order (docket no. 58).

SO ORDERED.

Dated: 6/10/10

Nandor J. Vadas
United States Magistrate Judge

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grajeda | No. C 08-2894 NJV |
| v. | CERTIFICATE OF SERVICE |
| J Puente _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Thomas Grande Grajeda**
V-22200
Pelican Bay State Prison
D-1-123
P.O. Box 7500
Crescent City, CA 95531

RICHARD W. WIEKING, CLERK

By:/s/_____
   Gloria Masterson
   Deputy Clerk

2