IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GRAJEDA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT A. HOREL, et al.,<br><br>　　　　　　Defendants. | Case No. C 07-4752 PJH (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of McLean, Sayre, Rowe, Horel, and Risenhoover from this action under Federal Rule of Civil Procedure 41(a), and each party shall bear his own attorneys' fees and costs.

Dated: July 29, 2010　　　_/s/ Thomas Grande Grajeda_
　　　　　　　　　　　　　　　THOMAS GRANDE GRAJEDA
　　　　　　　　　　　　　　　Plaintiff

Dated: July 19, 2010　　　_/s/ D. Robert Duncan_
　　　　　　　　　　　　　　　D. ROBERT DUNCAN
　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　Attorneys for Defendants McLean, Sayre, Rowe,
　　　　　　　　　　　　　　　Horel, and Risenhoover

IT IS SO ORDERED.

1

Dated: 8/23/10

_____
PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

# CERTIFICATE OF SERVICE

Case Name:  <u>T. Grajeda v. R. Horel, et al.</u>      No.   <u>C 07-4752 PJH</u>

I hereby certify that on <u>August 11, 2010</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 11, 2010</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Thomas Grande Grajeda
V-22200
Pelican Bay State Prison
D-1-123
P. O. Box 7500
Crescent City, CA 95531
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 11, 2010</u>, at San Francisco, California.

| R. Panganiban | _/s/ R. Panganiban_ |
|---|---|
| Declarant | Signature |

20325774